**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Frank William JOHANNISSOHN,**
**Defendant–Appellant.**

**No. 15–12446**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Dec. 1, 2015.

Jason Sterling Beaton, Pamela C. Marsh, U.S. Attorney's Office, Tallahassee, FL, Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

Randall Scott Lockhart, Federal Public Defender's Office, Pensacola, FL, Randolph Patterson Murrell, Federal Public Defender's Office, Tallahassee, FL, Frank William Johannissohn, FCI Talladega–Inmate Legal Mail, Talladega, AL, for Defendant–Appellant.

Before WILLIAM PRYOR, JORDAN and JULIE CARNES, Circuit Judges.

PER CURIAM:

Randall S. Lockhart, appointed counsel for Frank Johannissohn in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Johannissohn's convictions and sentences are **AFFIRMED**.